UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS GRUBER,<br>　　　　Plaintiff.<br>　　v.<br>ESTATE INFORMATION SERVICES INC,<br>　　　　Defendant. | Case No.17-cv-02189-LB<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 2 |

Plaintiff has filed an Application to Proceed *In Forma Pauperis*. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. The Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendant(s).

**IT IS SO ORDERED.**

Dated: 4/24/2017

　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge