David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Alex Wade (SBN 30422)
Wadea@cmtlaw.com
CARLSON & MESSER LLP
9841 Airport Boulevard, Suite #1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
ESTATE INFORMATION SERVICES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS GRUBER,<br><br>             Plaintiff,<br><br>     vs.<br><br>ESTATE INFORMATION SERVICES,<br>INC DBA EIS COLLECTIONS,<br><br>             Defendants. | Case No. 3:17-cv-02189-lb<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-15, ESTATE INFORMATION SERVICES, LLC certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  June 14, 2017                **CARLSON & MESSER LLP**


                                                      By:  /s/ Alex Wade
                                                           David J. Kaminski
                                                           Alex Wade
                                                           Attorneys for Defendant,
                                                           ESTATE INFORMATION
                                                           SERVICES, INC DBA EIS
                                                           COLLECTIONS

---

{00068266;1}                                      - 1 -                          CERTIFICATE OF INTERESTED PARTIES
                                                                                 CASE NO: 3:17-cv-02189-lb