UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nicholas Gruber , <br><br> Plaintiff(s) <br><br> v. <br><br> Estate Information Services, Inc. , <br><br> Defendant(s) | CASE No C17-cv-02189-CW <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*
- ☐ other requested deadline:

Date: 8-2-17

/S/ NICHOLAS GRUBER
Attorney for Plaintiff

Date: 7/27/2017

Alex A. Wade
Attorney for Defendant

☐ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:

U.S. DISTRICT/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 7-2016*

# ATTESTATION AND CERTIFICATE OF SERVICE

I, Alex Wade, am the ECF user whose identification and password are being used to file the Stipulation and [Proposed] Order Selecting ADR Process, I hereby attest that all whose electronic signatures in the Stipulation and [Proposed] Order Selecting ADR Process provided their authority and concurrence to file that document.

**CARLSON & MESSER LLP**

Dated: August 8, 2017

s/ Alex Wade
David J. Kaminski
Alex Wade
*Attorneys for Defendant,*
Estate Information Services, Inc.,