Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nicholas Gruber , <br><br>      Plaintiff(s) <br><br> v. <br><br> Estate Information Services, Inc. , <br><br>      Defendant(s) | CASE No C17-cv-02189-CW <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Private ADR** (*specify process and provider*)

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*

☐ other requested deadline:

Date: 8-2-17      /S/ NICHOLAS GRUBER
                              Attorney for Plaintiff

Date: 7/27/2017      Alex A. Wade
                              Attorney for Defendant

Print Form

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: August 9, 2017

*[Signature: Judge Claudia Wilken — IT IS SO ORDERED stamp]*

U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 7-2016*

# ATTESTATION AND CERTIFICATE OF SERVICE

I, Alex Wade, am the ECF user whose identification and password are being used to file the Stipulation and [Proposed] Order Selecting ADR Process, I hereby attest that all whose electronic signatures in the Stipulation and [Proposed] Order Selecting ADR Process provided their authority and concurrence to file that document.

**CARLSON & MESSER LLP**

Dated: August 8, 2017

s/ Alex Wade
David J. Kaminski
Alex Wade
*Attorneys for Defendant,*
Estate Information Services, Inc.,