IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS GRUBER,<br><br>    Plaintiff,<br><br>    v.<br><br>ESTATE INFORMATION SERVICES INC dba EIS COLLECTIONS,<br><br>    Defendant. | Case No. 17-cv-02189-CW<br><br>ORDER ON FAILURE TO APPEAR |

On August 15, 2017, Plaintiff failed to appear at the regularly-scheduled initial case management conference. The Court issued a minute order and case management order following the conference, setting a schedule for this case.

The Court hereby WARNS Plaintiff that he must comply with all orders and rules of this Court, including the schedule set by the Court in the case management order, and must attend all scheduled court appearances. The Court further WARNS Plaintiff that if he fails to appear or otherwise comply with the schedule set by the Court, or fails to comply with other rules and Court orders, his case will be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b); N.D. Cal. Civil L.R. 3-9(a); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991) ("A district court may sua sponte dismiss an action for failure to prosecute.").

IT IS SO ORDERED.

Dated: August 21, 2017

CLAUDIA WILKEN
United States District Judge