ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**TAMARA LANGE**
ADR PROGRAM ATTORNEY & MEDIATOR

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

August 21, 2017

To: Parties and Counsel of Record

Re: Gruber v. Estate Information Services Inc
Case No. C 17-02189 CW MED

Dear Parties and Counsel:

ADR Program Director, Howard Herman, held an ADR Phone Conference with plaintiff and defense counsel on August 18, 2017. During the phone conference counsel advised Mr. Herman that the Court withdrew the mediation referral and referred this case to a Magistrate Judge Settlement Conference.

After reviewing the docket the ADR Program is aware of the referral to a Magistrate Judge Settlement Conference with an October 14, 2017 deadline (Dkt # 27). The ADR Program will administratively close the mediation referral at this time. The parties should contact the ADR Unit directly should they wish to reinstate the mediation referral within seven (7) days of the completion of the Magistrate Judge Settlement Conference.

Sincerely,

/s/

Claudia Forehand
ADR Case Administrator
Claudia_Forehand@cand.uscourts.gov