David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Alex A. Wade (SBN 304022)
Wadea@cmtlaw.com
CARLSON & MESSER LLP
9841 Airport Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
ESTATE INFORMATION SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS GRUBER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ESTATE INFORMATION SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 17-cv-02189-CW<br><br>**DEFENDANT ESTATE INFORMATION SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY AT MOTION TO STAY HEARING**<br><br>Judge: Hon. Claudia Wilken<br>Date:　October 24, 2017<br>Time:　2:30 p.m. |

Defendant, ESTATE INFORMATION SERVICES, INC., ("Defendant"), hereby respectfully requests permission for its counsel, Alex A. Wade of Carlson & Messer LLP, to appear telephonically at the Motion to Stay Hearing currently scheduled for October 24, 2017 at 2:30 p.m. in Courtroom TBA, 1301 Clay Street, Oakland, CA 94612.

The grounds for which Defendant's motion is made is as follows:

1. Defendant respectfully seeks leave of this court for its counsel to participate telephonically at the Motion to Stay Hearing, currently scheduled for October 24, 2017 at 2:30 p.m. in Courtroom TBA, 1301 Clay Street, Oakland, CA 94612.

2. Defendant makes this request because its counsel is located in Los Angeles, CA, and it will require significant time, expense and resources for counsel to travel to Oakland, CA and make an in-person appearance at the October 24, 2017, Motion to Stay Hearing.

3. Defendant further makes this request since an Opposition to its Motion to Stay was not timely filed.

4. Defendant assures the Court that its counsel will meaningfully participate by telephone. The telephonic appearance will not prejudice any party and will not hamper the efficient operation of said Hearing.

5. Therefore, Defendant respectfully requests permission to appear telephonically at the Motion to Stay Hearing, currently set for October 24, 2017 at 2:30 p.m.

**CARLSON & MESSER LLP**

DATED:  October 10, 2017

/s/ Alex A. Wade
David J. Kaminski
Alex A. Wade
Attorneys for Defendant,
ESTATE INFORMATION SERVICES, INC.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. My business address is 9841 Airport Boulevard, Suite #1200, Los Angeles, California 90045.

On **October 10, 2017**, I served the foregoing document(s) described as: **DEFENDANT ESTATE INFORMATION SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY AT MOTION TO STAY HEARING** on all interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

[X]  **BY MAIL:** I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am readily familiar with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[]  **BY ELECTRONIC MAIL:** Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[]  **PERSONAL SERVICE BY HAND:** I personally served document to address stated on POS Service List.

[]  **BY FACSIMILE:** I transmitted via telecopier machine such document to the interested parties at the facsimile number(s) listed on the attached service list.

[]  **(STATE):** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **10th** day of **October, 2017,** at Los Angeles, California.

_____
Susie Valiente

{00075616;1}

1

# SERVICE LIST
***Gruber, N v. Estate Information Services, Inc.***
Case No. 3:17-cv-02189-LB
File No. 09131.00

Nicholas Gruber      ***In Pro Per***,
186 Avram Avenue, apt 14
Rohnert Park, CA 94928
347 825-7488

{00075616;1}

2