# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS GRUBER,<br><br>    Plaintiff,<br><br>vs.<br><br>ESTATE INFORMATION SERVICES, INC.,<br><br>    Defendant. | Case No. 17-cv-02189-CW<br><br>**ORDER GRANTING DEFENDANT ESTATE INFORMATION SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY AT MOTION TO STAY HEARING**<br><br>Judge: Hon. Claudia Wilken<br>Date:  October 24, 2017<br>Time:  2:30 p.m. |

Upon consideration of Defendant ESTATE INFORMATION SERVICES, INC.'S ("Defendant") Motion to Appear Telephonically at the Motion to Stay Hearing ("Motion"), and for good cause shown, it is hereby ORDERED that Defendant's Motion is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance no later than 3:00 p.m. on 10/23/2017.

Dated: 10/11/2017

                                                    Hon. Claudia Wilken

                                                    UNITED STATES DISTRICT JUDGE