1  David J. Kaminski (SBN 128509)
   Kaminskid@cmtlaw.com
2  Alex A. Wade (SBN 304022)
   Wadea@cmtlaw.com
3  CARLSON & MESSER LLP
   9841 Airport Boulevard, Suite 1200
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   ESTATE INFORMATION SERVICES, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | NICHOLAS GRUBER,                      | ) | Case No. 17-cv-02189-CW |
12 |                                       | ) |                         |
   |                Plaintiff,             | ) |                         |
13 |                                       | ) | **DEFENDANT ESTATE INFORMATION SERVICES, INC.'S MOTION TO CONTINUE MAGISTRATE JUDGE SETTLEMENT CONFERENCE DEADLINE** |
14 |                                       | ) |                         |
   |        vs.                            | ) |                         |
15 |                                       | ) |                         |
16 |                                       | ) |                         |
   | ESTATE INFORMATION SERVICES, INC.,    | ) | [Civil L.R. 6-3]        |
17 |                                       | ) |                         |
18 |                                       | ) |                         |
   |                Defendant.             | ) |                         |
19 |                                       | ) |                         |
20 |                                       | ) |                         |

21

22     Defendant, ESTATE INFORMATION SERVICES, INC., ("Defendant"),
23 hereby moves for an Order continuing the Magistrate Judge Settlement
24 Conference Deadline currently set for October 14, 2017, to a date on or after
25 January 15, 2018. This motion is made pursuant to Civil L.R. 6-3.
26     The grounds for which Defendant's motion is made is as follows:
27
28

---
- 1 -                                                    MOTION TO CONTINUE
                                                         CASE NO: 17-cv-02189-CW

1. Defendant moves for an Order continuing the Magistrate Judge Settlement Conference Deadline currently set for October 14, 2017, to a date on or after January 15, 2018.

2. There is good cause to continue the October 14, 2017, Settlement Conference deadline due to Defendant's pending Motion to Stay, which was filed on September 12, 2017, Docket Entry 30. Plaintiff has not filed an opposition thereto.

3. Defendant contacted Plaintiff on October 10, 2017, asking Plaintiff if he was willing to stipulate to continue the settlement conference deadline. Plaintiff did not, and has not, responded to Defendant in this regard.

4. Defendant believes that the requested continuance will not cause any prejudice to the parties, especially since this request does not affect the schedule or any deadlines already set by the Court in this case.

5. This is Defendant's first request for an enlargement of time.

6. Therefore, Defendant respectfully moves this court for an Order continuing the Magistrate Judge Settlement Conference Deadline currently set for October 14, 2017, to a date on or after January 15, 2018. A [Proposed] Order and Declaration regarding this request is submitted concurrently herewith for the Court's consideration.

**CARLSON & MESSER LLP**

DATED: October 12, 2017

/s/ Alex A. Wade
David J. Kaminski
Alex A. Wade
Attorneys for Defendant,
ESTATE INFORMATION SERVICES, INC.