David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Alex A. Wade (SBN 304022)
Wadea@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
ESTATE INFORMATION SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS GRUBER, | Case No. 17-cv-02189-CW (KAW) |
| Plaintiff, | |
| vs. | **DEFENDANT ESTATE INFORMATION SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE** |
| ESTATE INFORMATION SERVICES, INC., | Judge: Hon. Kandis A. Westmore<br>Date:  January 19, 2018<br>Time:  11:00 a.m. |
| Defendant. | |

Defendant, ESTATE INFORMATION SERVICES, INC., ("Defendant"), hereby respectfully requests permission for its counsel, representative and insurance adjuster, all be permitted to appear telephonically at the Settlement Conference currently scheduled for January 19, 2018 at 11:00 a.m. in Courtroom TBA, 1301 Clay Street, Oakland, CA 94612, for good cause.

The grounds for which Defendant's motion is made is as follows:

1. Defendant makes this request because it has attempted to contact Plaintiff in Pro Per via phone and email on January 4, 2018 and January 5, 2018, in order to meet and confer pursuant to Judge Westmore's Settlement Conference Order (Docket No. 37).  Plaintiff has not returned Defendant's counsel's phone calls or responded to multiple emails and therefore, Defendant has not been able to meet and confer with Plaintiff.  Plaintiff was already put on notice by Judge Wilken on August 21, 2017, that his suit will be dismissed for failure to prosecute since he failed appear at the Initial Case Management Conference.

2. Defendant believes it should not have to pay for its counsel, representative, and insurance adjuster's travel costs where Plaintiff has failed to meaningfully meet and confer with Defendant.  Not to mention, Plaintiff's track record and failure to prosecute his case leads Defendant to believe that it is entirely possible that plaintiff may not even show up at the Settlement Conference.

3. Further, Defendant attempted to meet and confer with Plaintiff on November 9, 2017, January 4, 2018 and January 5, 2018, regarding Plaintiff's failure to respond to its discovery requests.  Defendant still has not received a response from Plaintiff.

4. Defendant also makes this request because its counsel is located in Los Angeles, CA, and it will require significant time, expense and resources for counsel to travel to Oakland, CA and make an in-person appearance at the January 19, 2018 Settlement Conference.

5. Further, Defendant's representative is located in Columbus, OH and will have to set aside at least two full business days at a substantial cost to attend the Settlement Conference.

6. Further, Defendant's insurance adjuster is located in Plano, Texas and will have to set aside at least two full business days at a substantial cost to attend the Settlement Conference and return to Texas.

7. As such, Defendant contends that the costs of personal appearances at the Settlement Conference would greatly detract from available settlement funds, and significantly hinder any settlement negotiations due to the costs and attorney fees involved. Defendant also contends the action is frivolous.

8. Plaintiff's most recent settlement demand was $5,000. Accordingly, the reasonable amount in controversy is relatively low, and Defendant asserts that the high costs and attorney fees that the parties will necessarily incur to make in-person appearances at the Settlement Conference are not warranted under the circumstances.

9. Defendant assures the Court that its counsel, representative and insurance adjuster will meaningfully participate by telephone and all three have done so on countless previous occasions with regard to other Federal Court settlement conferences they attended telephonically in the past. The telephonic appearance will not prejudice any party and will not hamper the efficient operation of said Conference.

10. Therefore, Defendant respectfully requests that its counsel, representative and insurance adjuster can be granted permission to appear telephonically at the January 19, 2018 Settlement Conference

**CARLSON & MESSER LLP**

DATED: January 5, 2018

/s/ Alex A. Wade
David J. Kaminski
Alex A. Wade
Attorneys for Defendant,
ESTATE INFORMATION SERVICES, INC.

# CERTIFICATE OF SERVICE

I, Alex A. Wade, hereby certify that on this 5th day of January, 2018, a true and accurate copy of the foregoing Defendant Estate Information Services, Inc.'s Motion to Appear Telephonically at Settlement Conference were served via US Mail:

Nicholas Gruber
186 Avram Avenue, apt 14
Rohnert Park, CA 94928
Plaintiff Pro Se

/s/Alex Wade
Alex Wade
CARLSON & MESSER LLP